UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES FERNANDEZ RAMOS,<br><br>    Petitioner-Defendant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff. | No.  SA CV 19-260 PA<br>       SA CR 15-128 PA<br><br>JUDGMENT |

    Pursuant to the Court's June 7, 2019 Order denying the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by petitioner Reyes Fernandez Ramos,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: June 10, 2019

                                                      Percy Anderson<br>
                                     UNITED STATES DISTRICT JUDGE